UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW HOLMER, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT RECOVERY ASSOCIATES, INC. (SC), <br><br> Defendant. | Case No. 7:15-cv-00147-FL |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Stay Proceedings and Extend Time (DE 9.) Finding that good cause exists to grant the motion and that the Defendant's failure to answer is excusable, the Court hereby stays the above-captioned proceeding to November 16, 2015 and extends Defendant's time to answer to the same date.

This the __10th__ day of September, 2015.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE